JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SANDRA EDMONDS, | Case No. CV 20-3306-GW-JEMx |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| GRANNY FRANNY PROPERTIES LLC, et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Sandra Edmonds's ("Plaintiff") action against Granny Franny Properties LLC ("Defendant") is dismissed with prejudice.

Dated: June 29, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE